UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

JAIME ROJAS-RAMOS,

        Petitioner,                  Case No. 1:25-cv-1428

v.                                    Honorable Robert J. Jonker

ROBERT LYNCH et al.,

        Respondents.
_____/

**CORRECTED ORDER TO SHOW CAUSE**
*(Corrected Clerical Error re the Facility Where Petitioner is Detained)*

    This is a habeas corpus action brought by an individual detained by the United States Immigration and Customs Enforcement (ICE) at the Calhoun County Correctional Center in Battle Creek, Michigan. Petitioner challenges the lawfulness of his current detention.

    Petitioner names as Respondents ICE Detroit Field Office Director Robert Lynch, Acting Director of ICE Todd Lyons, and United States Secretary of Homeland Security Kristi Noem. Petitioner asks the Court for the following relief: assume jurisdiction over this action; declare that Petitioner's warrantless arrest and detention without an individualized determination violates the Fifth Amendment's Due Process Clause; issue a writ of habeas corpus ordering Respondents to release Petitioner from custody immediately or, in the alternative, provide Petitioner with a prompt bond hearing before an immigration judge; issue an order directing Respondents to not transfer Petitioner from the Western District of Michigan without approval from this Court; and award attorneys' fees and costs for this action. (§ 2241, ECF No. 1, PageID.20-21.)

The Court has reviewed the application pursuant to 28 U.S.C. § 2243, and orders as follows:

1. On or before the third business day after entry of this order, Respondents shall show cause in writing why the writ of habeas corpus and other relief requested in the petition should not be granted.

2. Petitioner shall file a written reply on or before the third business day after Respondents file their response to the order to show cause.

3. In Respondents' response and Petitioner's reply, the parties shall address the Court's jurisdiction and authority to grant the requested relief, exhaustion of available remedies, and any issues of fact that must be resolved.

4. The Court will schedule a hearing, if necessary, after the parties have filed their submissions.

**IT IS SO ORDERED**.


Dated:   November 14, 2025                         /s/ Robert J. Jonker
                                                   Robert J. Jonker
                                                   United States District Judge